JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMOEIL YOUSSEF, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>COOK MEDICAL LLC, a business entity, and DOES 1 to 100, inclusive,<br><br>    Defendant. | Case No.: 5:20-CV-01784-JGB-SPx<br><br>Hon. Jesus G Bernal<br>Courtroom 1<br><br>**ORDER GRANTING THE PARTIES' JOINT STIPULATION TO REMAND CASE TO STATE COURT**<br><br>[Filed Concurrently with Joint Stipulation Consenting to Remand]<br><br>Complaint filed:    July 30, 2020<br>Date Removed:    August 31, 2020 |

1

2          The Court, having reviewed the parties' Joint Stipulation to Remand Case

3    to San Bernardino County Superior Court, and for good cause shown, hereby

4    **APPROVES** the stipulation.

5    **IT IS SO ORDERED:**

6     Dated: October 6, 2020                    Hon. Jesus G Bernal
                                                 United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FAEGRE DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

2

ORDER GRANTING STIPULATION TO REMAND CASE TO STATE COURT
Case No.: 5:20-cv-01784-JGB-SPx